UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD FLOYD BLAKE,<br><br>Defendant. | NO. CR09-406TSZ<br><br>ORDER TO SEAL EXHIBIT C |

The Government's Motion to Seal, docket no. 66, is GRANTED.

It is hereby ORDERED that Exhibit C to the United States' Memorandum (Dkt. #65), shall remain sealed.

DATED this 13th day of September, 2017.

_____
Thomas S. Zilly
United States District Judge

ORDER TO SEAL
*United States v. Richard Floyd Blake*, CR09-406TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970